1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | UNITED STATES OF AMERICA,           NO. **CR25-005 LK**

11 |        Plaintiff,

12 |                                                 **PRAECIPE FOR A SUMMONS**

13 |        v.

14 | BRANDEN TRAGER, and,
15 | MAYHEM SERVICES, LLC,

16 |        Defendants.

17

18 | TO:  THE CLERK OF THE ABOVE-ENTITLED COURT
19 |      You will please issue a summons on an Indictment filed herein to:

20 | BRANDEN TRAGER
21 | MAYHEM SERVICES, LLC
     c/o JEFFREY KRADEL
22 | 1455 Leary Wy NW Suite 400
     Seattle, WA 98107
23 | //
24 | //
     //
25
26
27

SUMMONS - 1
*United States v. Branden Trager, et al.*
USAO No. 2023R00105

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge Brian A. Tsuchida, on January 23, 2025, at 9:00AM, to answer to an Indictment charging violations of Title 18, United States Code, Section 371, Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B), and Title 18, United States Code, Section 2.

DATED this 15th day of January, 2025.

s/ Ryan C
RYAN C. CONNORS
Senior Trial Attorney
U.S. Department of Justice
Environmental Crimes Section

**SECRET**: NO

SUMMONS - 2
*United States v. Branden Trager, et al.*
USAO No. 2023R00105

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970