Appendix C

Stephanie Stevens

3089 West Mason Street

Green Bay, WI

54313

To Whom It May Concern,

I'm writing this letter of character on behalf of Branden Trager.  I met Branden through his wife, Erica. Erica and I turned 40 years-old within a few days of each other. Erica had planned to fish and hike together for our birthdays. Branden and Erica were so gracious and let met come to their house and stay with them, they never asked for a single thing. I flew to the Pacific Northwest from Wisconsin.  For our birthdays, Branden took us out fishing for white sturgeon, it had been my number one bucket list fish for years, and that was a dream come true for me. Branden was so kind and knowledgeable, and also holds a huge respect for the white sturgeon.  He didn't even ask for gas money for his boat.  He did it because he gets so much enjoyment taking other people out, and he helped make my dreams come true. I know I'm not the only person whose life he changed for the positive. In life, you meet so many people, and it's so rare to find such genuine, hardworking, considerate people. I whole heartily can say Branden is one of those people.

Branden also took us ocean fishing, Erica invited another friend as well.  We had the opportunity to catch lingcod and sea bass. I had never caught any of those species before, nor had I ever ocean fished before, so it was such an amazing trip that created memories that will last a lifetime.   He didn't charge any of us.  He was our guide, absolutely free of charge.  He did it because he loves to share those types of experiences with others.  He has such a deep love for the ocean and for the wildlife, and it was so apparent.

In addition, Branden also took us out shrimping, free of charge. I had never gone before. He was very knowledgeable and very aware of the legal harvest limits.  As a person, he is very detail orientated. And has an excellent rapport with all people of all backgrounds.  He is very honest, extremely hard working, and dependable. In fact, I have never met someone who works as hard as Branden.  He does so much for his family and for others.

Besides that, Branden has served our country in the military and I know first hand of all the work they do with the Fallen Outdoors.  He is very passionate about it and taking not only veterans outdoors. He knows that is how and where they can go to heal.  Branden and Erica are also passionate about taking widowed wives and families of service members into the outdoors. I know that because they were excitedly sharing stories with me.  I know that is a way that Branden can help others heal and manage PTSD in a healthy way.  Branden is an outstanding person and a very positive role model for many. Branden is very passionate about the Fallen Outdoors. It is something that is truly near and dear to his heart.

I hope that you take this letter into consideration.  It is truly an honor to know Branden, and I can honestly say that he has changed my life for the positive. He gave me some amazing experiences, free of charge.  Just seeing others happy sparks an innate joy in him.  Branden has many wonderful characteristics about him, and I wish more people were like him.  He truly works to make the world a better place.

If you need to know more, or have any other questions, feel free to reach out to me.

Sincerely,

Stephanie Stevens

02/09/2025

To Whom It May Concern,

I am writing this character reference letter on behalf of Branden Trager.

I first met Branden almost four years ago when my son was invited to a Youth Hunting Camp with The Fallen Outdoors (TFO). This camp specifically was designed to give children of fallen soldiers an opportunity to learn about hunting and the outdoors, while enjoying the camaraderie of other children and mentors. Through all the interactions I had with Branden on this camp, I could feel his sincerity, generosity and desire to help these kids make memories they won't forget. This trip was offered completely free to my son and I, and we are grateful for the opportunity.

Throughout the years I've known Branden and had interactions with him and TFO, whether it be through fishing or hunting opportunities, I have always noticed his integrity, generosity, and drive to help others. Knowing his character and values is important to me, not only because I am entrusting him with my son, but because I am a veteran myself and integrity is a must!

Just this past year, my son had the opportunity to go back to the TFO Youth Hunting Camp with Branden at no cost to us. Over the week we were at camp, my son made so many great memories and was able to hunt with Branden as his mentor. We are so grateful for the experience and generosity. Outside of hunting, we spent downtime at camp getting to know everyone, and I can say there was no shortage of kindness, care, and respect from Branden. We can't wait for next year!

I could continue to describe more of Branden's good qualities like his work ethic and positive energy put toward making these trips available to my family. Instead, I would like to say how strongly I feel toward writing this reference letter on behalf of Branden Trager. He is a stand-up kind of person that I value as a mom, veteran, and widow of a fallen soldier. I would not hesitate to take my son on any trip with Branden and The Fallen Outdoors, and in fact, we look forward to more opportunities!

Sincerely,

Cherri Marin
720-837-0443

Dear Sir/Madam,

Some of you here may only know Brandon based on the accusations that have brought us all here.  I'm writing to you today to help you see another side of Brandon, the side of Brandon that is humble, selfless, and dedicated to not only improving, but saving the lives of veterans not only locally, but across the country.

I met Brandon many years ago, after returning home from my 1st deployment with the Army and coming home to find my life spiraling out of control.  At the time, I had been introduced to The Fallen Outdoors (TFO) by someone I served with here at JBLM, which is how I came to know Brandon.  Brandon wasn't guiding full time yet and was spending most of his time on the water volunteering with TFO to get Vets and those stationed in WA like me out of our heads and into nature. While I wasn't brand new to hunting, I was new to the area and didn't have any of the gear, or skills that it took to safely get into the outdoors of Washington. Brandon made it easy for me to just show up and belong to the TFO family, lending me warm gear and a seat on his boat, knowing nothing about me at the time other than that I was a Veteran in need of support.  The early morning fishing trips, waterfowl lessons, hunts, and camaraderie truly saved my life. Because of Brandon, I found my passion, direction, and I continue to serve today as the Washington State Team Lead for TFO.

Since then, I have seen the positive impact he has had on the lives of hundreds of veterans over the years, much like the impact he had on my life. He has held countless trips and events around Washington with TFO to get vets out on our local waters for duck and goose hunts, crabbing, shrimping, and fishing.

I have come to know Brandon as a colleague, a friend, a mentor, and I would consider him my brother.  Brandon has shared his time, knowledge, hunting and fishing gear, and even his home at times with myself, my family, and many other veterans. Brandon is quick to lend a hand, a boat, decoys, or fishing gear if it will help me get more veterans out. He is honest, hardworking, and treats his friends as if we are part of his family. Brandon is that guy you call if you need a good laugh, and he's also that guy you call if you need a non-judgmental ear at 2am when your brain just won't let you sleep.


Thank you for your time,

Joshua Ramsey
The Fallen Outdoors
Team WA Lead
Wa.lead@thefallenoutdoors.org
(253) 262-8252

**Donald "Ducky" Lique**
National Treasurer
The Fallen Outdoors
January 20th, 2025

**To Whom It May Concern,**

It is with great honor and respect that I write this letter on behalf of Branden Trager, a leader whose vision and dedication have been instrumental in shaping The Fallen Outdoors into the impactful organization it is today.

I joined The Fallen Outdoors in August 2020, and since then, I have advanced in both my position and leadership within the organization. Over the past three years, I have had the privilege of working closely with Branden and have come to deeply respect his leadership style. Branden is a no-nonsense, straight shooter who won't waste time or sugarcoat the truth. He is driven to get things done and ensures that the right people are in the right positions, strengthening our board and organization as a whole.

As the face of our mission, Branden has consistently represented The Fallen Outdoors with unwavering commitment. From securing critical sponsorships to fostering lasting partnerships and ensuring that veterans experience the healing power of the outdoors, Branden has demonstrated tireless dedication. His ability to inspire others and bring our mission to life has left a profound impact on everyone he encounters.

Since assuming the role of President, Branden has propelled The Fallen Outdoors to new heights. Under his visionary leadership, he has streamlined operations, expanded outreach, and set a gold standard for excellence. His efforts have not only strengthened the organization but have also ensured that the National Board operates with the highest levels of accountability and professionalism.

What truly sets Branden apart is his selfless devotion to our mission and values. Like all of our staff, Branden is a volunteer, balancing a career, family, and other personal responsibilities. Despite these demands, he has dedicated countless hours to advancing our cause, driving growth, fostering meaningful connections, and safeguarding the principles that make our work so impactful. Thanks to his leadership, The Fallen Outdoors continues to thrive, providing hope, healing, and essential support to veterans and their families nationwide.

On behalf of the entire organization, I extend my deepest gratitude for Branden's exceptional leadership, dedication, and the enduring legacy he has built within The Fallen Outdoors. Please feel free to contact me at (434) 942-1559 or natl.treasurer@thefallenoutdoors.org should you need additional insights.

**Sincerely,**

Donald "Ducky" Lique
National Treasurer
The Fallen Outdoors

**Nicholas Wright**
**6 yellowwood dr**
**Elkton, MD 21921**
1/18/2025

**To Whom It May Concern:**

I am writing this letter in support of Branden Trager, an individual whose dedication and tireless efforts on behalf of veterans and their families have made a profound impact on countless lives, including my own. His work with The Fallen Outdoors and his commitment to serving our nation's heroes exemplify the highest ideals of selflessness, compassion, and patriotism.

Branden has consistently gone above and beyond to provide critical resources, opportunities, and support to veterans, particularly through his work with The Fallen Outdoors. His efforts have been instrumental in helping veterans transition to civilian life, build meaningful connections, and find healing through outdoor activities and camaraderie. This work not only honors the memory of those who made the ultimate sacrifice but also uplifts the lives of those who continue to serve and sacrifice for our country.

Personally, Branden's work has had a significant and positive influence on my life. He has been a steadfast advocate, creating opportunities for me and other veterans to connect, heal, and thrive. Through his leadership, The Fallen Outdoors has become a lifeline for many of us—offering a sense of belonging,

purpose, and hope during times when those qualities felt out of reach.

Branden's commitment to veterans extends far beyond organizing events or providing opportunities. He genuinely cares about the well-being of every individual he serves, ensuring that no one is left behind. His actions speak to his integrity and unwavering belief in the values we, as veterans, hold dear.

It is difficult to overstate the positive impact Branden has had on our community. He has been a beacon of hope, a role model, and a tireless advocate for veterans and their families. His work has changed lives, including mine, for the better. I cannot imagine a more dedicated or honorable individual.

I urge you to consider the immense good Branden has done and continues to do for veterans and their families. His actions exemplify the best of what it means to serve others, and his contributions have left an indelible mark on the veteran community.

Thank you for your time and consideration.

Sincerely,
Nicholas A Wright
8083882601

To whom it may concern,

This letter is in reference to Branden Trager. I have been friends with Branden since December 2017. We have spent countless hours creating an environment within The Fallen Outdoors that would help any Gold Star Family, Veteran or Active Duty Service Member. Branden's dedication to Gold Star Families is unparalleled. He has organized numerous trips and events specifically for these families, creating lasting memories and friendships. His commitment to their well-being is truly inspiring.

The hours that have been dedicated to this mission are countless. Branden's reliability is unquestionable, as he can be counted on at any hour of the day, regardless of any time difference between the two of us. This also goes for any member of our organization. His personal phone number is tied to the organization and he will take the time out of his personal life to cater to the needs of our countries Veterans.

I consider Branden Trager a friend, a brother, and a member of my extended family. At no point would I ever question his dedication, loyalty or integrity.

If you have any questions or concerns please feel free to contact me directly.


Sincerely,

X _____
  Robert W. Casey


Robert Casey
(540) 446-1825
msgtcasey@gmail.com

To Whom It May Concern,

I am writing this letter to provide a character reference for Branden Trager, whom I have had the privilege of knowing for roughly 8 years through The Fallen Outdoors. Throughout this time, I have come to know Branden as a person of integrity, compassion, and dedication to the veteran community. Branden has served as the President of The Fallen Outdoors, an organization committed to supporting veterans through outdoor activities for 6 years. In this role, he has exhibited strong leadership, a tireless work ethic, and a genuine desire to help others. His efforts have positively impacted thousands of lives, fostering a sense of purpose and community for those he serves.

As President, Branden has consistently demonstrated exceptional leadership, guiding the organization toward its mission of supporting veterans through outdoor activities. His vision has not only inspired team members and volunteers but also touched the lives of thousands of veterans over the last 8 years, who have found camaraderie, purpose, and healing through the programs he has championed

Branden's organizational skills and ability to connect with veterans from all walks of life is unparalleled. Whether it's coordinating large-scale events, securing funding, or personally mentoring individuals, he approaches every task with integrity, humility, and passion. His deep understanding of the challenges faced by veterans, combined with his proactive approach, has made The Fallen Outdoors a trusted and impactful organization under his stewardship.

Moreover, Branden embodies the qualities of resilience, compassion, and accountability. His dedication extends far beyond his role as President; he has taken the time to mentor me over the last few years and helped me grow Team Illinois into a Top 5 team in the country and recently supported the decision when I applied for National Secretary. His actions consistently reflect his commitment to bettering the lives of others and strengthening the bonds with the veteran community.

While I understand the seriousness of the matter before the court, I firmly believe that this incident does not define Branden's character. He has consistently demonstrated a commitment to bettering himself and those around him. I am confident that Branden will take any necessary steps to address this situation responsibly and constructively.

Please do not hesitate to contact me at 217-494-3099 or yantisclay@gmail.com if you require further information or additional context regarding my experiences with Branden.

Thank you for considering this letter as part of your deliberation.

Sincerely,
Clayton Yantis
Friend/National Secretary for The Fallen Outdoors

Character Reference for Brandon Trager

To Whom it may concern:

My name is Christian Bobzien. I am a retired Senior Master Sargeant of the United States Air Force after serving on Active Duty for 26 years.

I met Brandon Trager at a Sportsman's show in Portland, OR in the spring of 2016 where he was representing The Fallen Outdoors.  Later that Fall, I was invited on a duck hunt by Brandon.  He hosted me and two other vets.  Brandon and I hit it off right away, and we started to hang out more often.  Since then, I have enjoyed many hunting and fishing adventures with him.

Over the last eight years, I have witnessed the unrelenting effort Brandon has dedicated to The Fallen Outdoors and the Veteran Community. His passion to serve those who have served and sacrificed is truly remarkable.  Hundreds, if not thousands of Veterans and their families have benefitted from him and the organization.

One event that Brandon has spearheaded is the relationship between The Fallen Outdoors and the Gold Star program. He has sponsored dozens of young adults who have lost a parent to the Ultimate Sacrifice. These young people are introduced to the outdoor lifestyle. They are taught responsibility and respect for others and the outdoors. They leave these events with a sense of purpose and an understanding that they are not alone and still have a veteran community that loves them and supports them. I have been a part of some of these activities, and it is one of the most rewarding activities of my life.

On a more personal note, two years ago my daughter got gravely ill. As parents, we were expecting our daughter to pass away. My wife paused her career, and I worked at a greatly reduced capacity. We were completely isolated in our grief and care for our daughter...except for one man. Brandon never left our side. He would call me on a regular basis and offer whatever help he could. He supported and prayed with me and my family in ways that go beyond comprehension.

In my humble opinion, its impossible to clearly describe the true character of this man. He is Passionate, Honest, Caring, and Dedicated to serving others.  I have met a lot of people who "talk" about support for others. Brandon is all action. When it comes to supporting veterans and his community, he has no equals.

I am available if the people who read this letter have any questions or concerns

V/R

Christian Bobzien.

208 590 2916 or chris.bobzien@yahoo.com

**From:** Justin Boardman <justin.boardman88@gmail.com>
**Date:** January 18, 2025 at 1:31:47 PM PST
**To:** sfctrager@gmail.com
**Subject: Character statement**

I have had the distinct honor to know Brandon Trager for over a decade. As a stake holder member of The Fallen Outdoors (TFO), i had the pleasure of watching Brandon begin his journey with TFO as a pro staffer for Washington state and eventually utilizing his passion and his selfless service to rise to the position of President of this national organization. Throughout his time, he has impacted thousands of veterans nationwide and without a doubt he has saved countless lives. He has organized events for veterans by hosting hundreds on singular events or something as small as a boat full of service members rekindling their love for the outdoors. He served over 20 years on active duty service for the United States Army and has embodied the Army's core values in his post retirement life. His duty to our nation has transpired in his duty to his fellow veterans and his selfless service is one to be reckoned with.

Post retirement Brandon took on the role of leading this national organization all the while pursuing his calling as an outfitter. Juggling these pursuits is something only strong men can accomplish and he has done it. Throughout his pursuit in becoming a predominant outfitter in the NW, Brandon never faltered in his duty as the president of TFO. In fact he utilized the position he was in professionally to network amongst the top tier outfitters in the PNW to follow through in TFOs mission by taking veterans on therapeutic hunting and fishing trips free of charge. So in closing,

Here is a man who served his nation for over 20 years honorably, rose to the occasion by leading a national organization aimed at changing veteran lives and pursued a profession in the outdoors without ever forgetting about his fellow countrymen. He has changed lives and saved lives and the nation needs to know that.

V/R

Justin Boardman
DOL RLTW

February 1st, 2025

SUBJECT:        *Branden Trager*

To Whom it May Concern,

My name is Brian Myers, and it is my pleasure to write this statement in support of Branden Trager.

I met Branden roughly 7 years ago when my wife encouraged me to learn more about The Fallen Outdoors, a charitable organization that supports veterans via outdoor activities throughout the United States. As a longtime outdoorsman, and disabled veteran, this cause was close to my heart. After doing some research, I decided to attend the local banquet in support of the charity.

What I saw at this event literally changed my life. Branden was one of the main speakers, and I was astonished to see the impact that he has had not just in Washington State, but throughout the United States. I met so many individuals that he had personally helped, and everyone seemed to know him. I've always considered myself a large supporter of veteran and military causes, but it was that night, and to a large extent - Branden, that made me realize just how much more could be done. I watched firsthand the impact that he had on the community and how selfless he was when it came to tirelessly working to literally help everyone. It didn't matter if he met them five minutes ago or had known them for 5 years – he treated everyone the same and went out of his way to learn about them, understand who they were, what they were interested in, and then make it happen.

During a break at the event, I introduced myself and we realized that we actually live in the same area, had children going to school together, and that we had a lot in common. It didn't take long before we became great friends.

Since that night, I have traveled all over the United States with Branden not only helping him with things for The Fallen Outdoors but personally spending countless days hunting and fishing with him.

I've met so many individuals that he's taken hunting, fishing, snowmobiling, boating, whale watching – just about anything you can think of outdoors – at no cost to them and without hesitation. His sense of volunteerism and selfless service is truly beyond reproach.

In the Army, we had an acronym for the core values expected of our soldiers - LDRSHIP - and it stands for Loyalty, Duty, Respect, Selfless Service, Honesty, Integrity and Personal Courage. I can say without hesitation that Branden is one of the few individuals I've met that truly lives up to these values.

I have never witnessed him violating any rules or laws, just the opposite. In fact, he's who I would call if I needed help understanding them. Honestly, he's the first person I'd call if I needed anything at all because I know him well enough to know he'd do anything he could without hesitation.

Should you have any questions or require additional information, please do not hesitate to contact me at 503-730-4008 or e-mail at bjmyers@gmail.com.

Sincerely,

Brian Myers